UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE WILLIAMS, JR.,

    Plaintiff,

v.                                             Case No. 04-71064
                                               Case No. 04-71841

DETROIT BOARD OF EDUCATION,
KENNETH BURNLEY, LAVONNE        Honorable Patrick J. Duggan
SHEFFIELD, AND JOHN DOES I AND II,

    Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE DOCUMENTS IN THE DISTRICT COURT RECORD FOR APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District of
Michigan, on November 7, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Plaintiff Freddie Williams, Jr. ("Plaintiff") filed these consolidated lawsuits after Defendants terminated him as principal of Trombly Alternative High School in January 2002. Defendants subsequently filed a motion for summary judgment with respect to all of Plaintiff's claims, which this Court granted on September 9, 2005. On the same date, the Court entered Judgment in favor of Defendants against Plaintiff. On October 4, 2005, Plaintiff appealed the Court's September 9 Opinion and Order and dismissal of his complaint. Presently before the Court is Plaintiff's motion to include two documents in

the district court record: (1) a notarized correspondence of Gerald Humes, dated December 13, 2004; and (2) Plaintiff's letter to Ms. Debra Williams, Deputy Chief Executive Officer of the Detroit Board Of Education's Human Resources Development Division, dated December 12, 2002.  *See* Pl.'s Mot. Ex. 1 & 2.  Defendants have not responded to Plaintiff's motion.

Local Rule 26.2(d) provides: "If discovery material not previously filed with the Clerk is needed for an appeal in a case, the party maintaining custody of the discovery material shall file it with the Clerk either on stipulation of the parties or on order of the Court." Based on this authority, the Court will allow Plaintiff to supplement the district court record and file these documents.  Accordingly,

**IT IS ORDERED**, that Plaintiff's motion to include documents in the district court record for appeal to the United States Court of Appeals for the Sixth Circuit is **GRANTED** and Plaintiff may file the documents attached as Exhibits 1 and 2 to his motion in order to include those documents as part of the district court record.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Benjamin Whitfield, Jr.
Jerome R. Watson